# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 24, 2007

134433

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

BRANDON MILLER,
     Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 134433
COA: 267083
Wayne CC: 05-007963

On order of the Court, the application for leave to appeal the May 22, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 24, 2007

Clerk

t0917